**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEOVANNY RAMIREZ LOPEZ, | Case No. 5:26-cv-01214-ODW-MBK |
| Petitioner, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Petitioner has filed a traverse in which he claims that his Petition is not moot and argues that, *inter alia*, "the Court retains authority to determine whether the [bond] hearing actually afforded was constitutionally and statutorily sufficient." Dkt. 12 at 5. However, Petitioner has not provided a transcript of the hearing or any evidence to

support that the bond hearing did not comply with the Court's temporary restraining order or governing law.

Petitioner is therefore **ORDERED** to file a copy of the transcript, or other competent evidence substantiating what transpired at the bond hearing, on or before **April 30, 2026**. To the extent that Petitioner does not have a copy of the transcript or is unable to obtain one on his own, Respondents are **ORDERED** to provide a copy to Petitioner. The parties may also file any exhibits submitted at the bond hearing that they believe the Court should consider.

The parties are also **ORDERED** to appear for a Zoom status conference on **May 1, 2026, at 10 a.m**. The parties should be prepared to address: (1) whether Petitioner's claims regarding the bond hearing are properly included the Petition and before the Court; (2) whether Petitioner is required to exhaust administrative remedies to challenge the bond hearing decision; and (3) Petitioner's remaining claims to release.

**IT IS SO ORDERED.**

Dated: April 23, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE

2